IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AGUSTIN SANTOS RAMIREZ, and
JOSE GUADALUPE SALAZAR GONZALEZ,

       Petitioners,

v.                                                 Case No. 1:25-cv-01008 KWR-JMR

PAMELA BONDI, *in her official capacity as*
*Attorney General of the United States,*
KRISTI NOEM*, in her official capacity as Secretary*
*of the Department of Homeland Security,*
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, *in his official capacity as Acting Director of*
*U.S. Immigration and Customs Enforcement*,
MARISA FLORES, *in her official capacity as Field Office Director*
*of Enforcement and Removal Operations, El Paso Field Office*, and
GEORGE DEDOS, *in his official capacity as Warden*
*of Cibola County Detention Center,*

       Respondents.

## **MEMORANDUM OPINION AND ORDER**

THIS MATTER comes before the Court *sua sponte*. Respondents filed a Motion to Dismiss (Doc. 10). Having reviewed the Motion, the Court finds that further briefing is necessary. The Court therefore orders Petitioners to file a response to the Motion to Dismiss within **fourteen (14) days** of the filing of the Motion to Dismiss. Respondents shall file a reply within **fourteen (14) days** of the filing of the response.

In addition to addressing the Motion, the response and reply shall address the following issues.

The parties must immediately alert the Court if a decision in any immigration hearing will affect the Court's ruling.

The parties should state whether they agree the Court may grant or deny the Petition based on briefing on the Motion to Dismiss, or whether the Court should order an answer (if necessary) after ruling on the Motion to Dismiss.

The parties should state, and provide documentation regarding, how Petitioners were taken into custody, and whether the attorney general issued a warrant for his arrest. The parties should also state, and provide any documentation, regarding any pending removal proceedings.

**IT IS SO ORDERED.**

\_\_\_\_/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE